# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

TANESHA MARTIN,

   Plaintiff,

  v.           Case No.:  6:25-cv-02300-JSS-LHP

LUCY BARACALDO, ROMELIA
GALINDEZ, TAMIKA PRESTON,
NANDI L.,  PADSPLIT,

   Defendants,

_____

## ORDER

Before the Court is an untitled document filed by Plaintiff, who proceeds *pro se*. Doc. No. 3. This document, which the Court construes as a motion, includes a three-sentence request to redact several addresses "due to the nature of the facts and laws violated" and because "[c]riminal nature is present" and "[p]unitive relief is sought[.]" *Id.* at 1. The addresses Plaintiff seeks to redact are attached to the motion, and include addresses for Defendants, which do not otherwise appear on the docket, and Plaintiff's own address. *Id.* at 2-4.

On review, the motion fails to comply with the Court's Local Rules because it does not include a memorandum of legal authority as required by Local Rule 3.01(b) and does not comply with the requirements for a motion to seal pursuant to Local Rule 1.11. As such, the motion does not explain the necessity of redacting the

addresses of the parties in this case.  The motion also fails to include a case caption, as required under the Federal Rules of Civil Procedure.  *See* Fed. R. Civ. P. 7(b)(2); Fed. R. Civ. P. 10(a).

Accordingly, the motion (Doc. No. 3) is **DENIED without prejudice**.  Any renewed motion must comply in full with all applicable Local Rules and Federal Rules of Civil Procedure.  Such motion must also explain why the filing and redaction of this information is necessary, and provide legal authority demonstrating that redacting such information is appropriate under governing law. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir.), *cert. denied*, 493 U.S. 863 (1989) (a *pro se* litigant "is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure").

**DONE** and **ORDERED** in Orlando, Florida on March 24, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Unrepresented Parties